UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND (Providence)

| In Re: | Case No. 1:25-bk-10951 |
|---|---|
| Rosetta W. Evans | Chapter 7 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF MOVANT FOR RELIEF
FROM THE AUTOMATIC STAY**

INTRODUCTION:

The facts of this case and motion are more specifically spelled out in the Motion for Relief from Automatic Stay filed herewith to which the Court is referred.  In the Motion, The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-3 ("Movant") requests relief from stay in order to pursue its remedies under state law to liquidate its secured claim against the property of the estate of the Rosetta W. Evans (hereinafter the "Debtor") by foreclosure of its mortgage.  The Debtor has defaulted on the mortgage payments both pre- and post-petition, and thus Movant is not being adequately protected.

ARGUMENT:

It has been determined that cause does exist for relief from stay when debtor has defaulted in payments to a secured creditor.  SEE First Federal Savings and Loan Association v. Whitebread, 18 B.R. 192 (Bankr. Minn. 1982).

CONCLUSION:

For the foregoing reasons, Movant respectfully requests that this Court enter an order lifting the automatic stay in effect in order to permit Movant to proceed to exercise its rights and remedies under state law and under a certain note and mortgage, including but not limited to foreclosure.

Date: December 31, 2025

Respectfully submitted,
The Bank of New York Mellon f/k/a The Bank of New York as successor trustee for JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-3
By its attorney,

/s/Paul G. Manning, Jr.
Paul G. Manning, Jr., Esquire
RI Bar # 7124
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

25-049764 / BK01