Doc No: 00161493.
Book: 8389 Page: 50

Recording Requested By:

**POPULAR MORTGAGE SERVICING INC.**
*a Popular, Inc. Company*
Return To: **121 Woodcrest Road**
**Cherry Hill, NJ 08003**

Parcel No.: MAP 87, LOT 899 Loan Number: ▮▮▮▮▮▮

Assignment of Mortgage ▮▮▮▮▮▮▮▮▮

For value received, Wilmington Finance, a division of AIG Federal Savings Bank the holder of a Mortgage (herein "Assignor") whose address is
401 Plymouth Road, Suite 400 Plymouth Meeting, PA 19462 does hereby Grant, sell, assign, transfer, and convey, unto

Mortgage Electronic Registration Systems, Inc., Its successors and assigns,
**PO Box 2026, Flint, Michigan 48501-2026**

, a corporation organized and existing under the laws of        (herein "assignee"), whose address is

, a certain Mortgage dated 5/5/2005 , made and executed by : ROSETTA W. EVANS, whose address is 99 WASHINGTON AVENUE PROVIDENCE, RI 02905, to and in favor of Wilmington Finance, a division of AIG Federal Savings Bank upon the following described property situated in PROVIDENCE County, State of RHODI ISLAND

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.

Such Mortgage having been given to secure a payment of                   *#49.00*
ONE HUNDRED SEVENTY-TWO THOUSAND NINE HUNDRED AND xxxxxxxxxxxxxxxxxxxxxxxxx 00/100
($ 172,900.00)
which Mortgage is of record in Book, Volume, or Liber No. *7271* , at page *0029*
(or as No. ✱ ) of the records of PROVIDENCE County , State of RHODE ISLAND, together with the note(s and obligations therein described and the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage ✱ *046848, recorded on 5/10/05*

This document prepared by Wilmington Finance, a division of AIG Federal Savings Bank ,401 Plymouth Rd., suite 400, Plymouth Meeting PA 19462

**MIN:** ▮▮▮▮▮▮▮▮
**MERS Phone (888) 679-6377**

Doc No: 00161493.
Book: 8389   Page:   51

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage .

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 5/23/2005

Wilmington Finance, a division of AIG Federal Savings Bank

Witness
Eugene Updyke

(Assignor)
Stephen G. DeBlasio
Assistant Vice President

Commonwealth/State of Pennsylvania
County of Montgomery

On the 23rd day May, 2005  before me, Joseph Thim, the undersigned officer, personally appeared Stephen G. DeBlasio  who acknowledged himself to be the Assistant Vice President of  Wilmington Finance, a division of AIG Federal Savings Bank , a corporation, and that he, as such Assistant Vice President, being authorized to do so, executed the foregoing instrument for the purpose therein contained, by signing the name of the corporation by himself as Assistant Vice President,
In witness whereof I hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Joseph Thim, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires Feb 9, 2008
Member, Pennsylvania Association Of Notaries

Doc No: 00161493
Book: 8389    Page:    52

## EXHIBIT "A"

That certain lot or parcel of land with all the buildings and improvements thereon, situate din the City and County of Providence and State of Rhode Island, laid out and designated as the westerly thirty five (35) feet in width by the entire depth of Lot numbered eight hundred ninety nine (889) and the easterly and adjoining five (5) feet in width by the entire depth of lot numbered nine hundred (900) on that plat entitled "THE HOME INVESTMENT CO. PLAT NO. 4 WASHINGTON PARK BY J.A. LATHAM MARCH 1896" which plat is recorded in the land evidence records of the City of Providence in Plat Book 22 at page 23 and (copy) on Plat Card 712

PROPERTY ADDRESS:
99 Washington Ave
Providence, RI 02905
94 680

**RECEIVED:**

Providence
Received for Record
Nov 09,2006  at  02:49:18P
Document Num:  00161493
Barbara Troncy
Recorder of Deeds