ᵺZSR   Doc No: 00026866
Book: 9561   Page: 223

## ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc., with a mailing address of Box 2026, Flint, MI 48501 ( Assignor ), the holder of a certain mortgage hereinafter mentioned, for consideration paid, the receipt whereof is hereby acknowledged, hereby assigns to The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A. as Trustee for the Benefit of the Certificateholders of Popular ABS, Inc. Mortgage Pass-Through Certificates Series 2005-3 having an address of c/o Litton Loan Servicing, LP, 4828 Loop Central, Houston, TX, ( Assignee ) all Assignor s right, title and interest in and to the following:

Mortgage from Rosetta W. Evans to Wilmington Finance, a division of AIG Federal Savings Bank dated May 5, 2005 and recorded with the Record of Land Evidence of the city/town of Providence, County of Providence, State of Rhode Island in Book 7271, Page 29, as further assigned of record

The property is located at 99 Washington Avenue, Providence RI 02905

Together with all the indebtedness currently due and to become due under the terms of any Promissory Note or evidence of indebtedness secured thereby.

To have and to hold the same unto the Assignee and to the successors, legal representatives and assigns of Assignee forever.

THIS ASSIGNMENT IS WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND OR NATURE, EITHER EXPRESS OR IMPLIED IN FACT OR IMPOSED BY LAW.

IN WITNESS WHEREOF, the undersigned has caused this Assignment to be executed by its duly authorized representative 27 day of Oct , 2009.

RECEIVED:
Providence
Received for Record
Oct 30,2009  at  10:33:16A
Document Num:  00026866
John A Murphy
Recorder of Deeds

Mortgage Electronic Registration Systems, Inc.

By: _____
Name: _____ Marti Noriega _____
Its: ____ Assistant Vice President ____

STATE OF __TX__
COUNTY OF __Harris__

In _____, on the 27 day of Oct. , 2009, before me personally appeared __Marti Noriega__, the Authorized Representative of Mortgage Electronic Registration Systems, Inc., to me known and known by me to be the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her executed to be his/her free act and deed, and the free act and deed of Mortgage Electronic Registration Systems, Inc.

_Karen Quiller_
Notary Public
Printed Name: _Karen Quiller_
My Commission Expires: _7-26-2010_

KAREN QUILLER
Notary Public, State of Texas
My Commission Expires 07-26-2010