Recording Requested By:
OCWEN LOAN SERVICING, LLC

**Doc No: 00129316**
**Book: 11242    Page:    209**

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

---

## CORPORATE ASSIGNMENT OF MORTGAGE

Providence City, Rhode Island
SELLER'S SERVICING # ▆▆▆▆▆ "EVANS"
SELLER'S LENDER ID#:
OLD SERVICING #: ▆▆▆▆▆

MIN #: ▆▆▆▆▆    SIS #: 1-888-679-6377

Date of Assignment: September 17th, 2015
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., (MERS) at PO BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST, STE C, DANVILLE, IL 61834
Assignee: THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-3 at C/O OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409

Executed By: ROSETTA W. EVANS To: WILMINGTON FINANCE, A DIVISION OF AIG FEDERAL SAVINGS BANK
Date of Mortgage: 05/05/2005 Recorded: 05/10/2005 in Book/Reel/Liber: 7271 Page/Folio: 0029 as Instrument No.: N/A In Providence City, State of Rhode Island.

Property Address: 99 WASHINGTON AVENUE, PROVIDENCE, RI 02905

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $172,900.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., (MERS)
On  OCT 05 2015

By: *Karen Smith*
_____Karen Smith_____, Assistant
Secretary

STATE OF _____Iowa_____
COUNTY OF _____Black Hawk_____

On ___OCT 05 2015___ before me, _____A. ARNOLD_____, a Notary Public in and for _____Black Hawk___ in the State of _____Iowa___, personally appeared _____Karen Smith_____, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*A. ARNOLD*
Notary Expires: 4 3 2018

> **A ARNOLD**
> COMMISSION NO.772396
> MY COMMISSION EXPIRES
> APRIL 3, 2018

RECEIVED

Providence
Received for Record
Oct 21, 2015  at  11:49A
Document Num:  00129316
John A Murphy
Recorder of Deeds

(This area for notarial seal)